IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DARIA BUMBOSHKINA, § | | |
| A# \_\_\_\_4022, § | | |
| Petitioner, § | | |
| § | | |
| v. § | No. 3:25-CV-1945-B-BW | |
| § | | |
| WARDEN, Prairieland Detention § | | |
| Center, § | | |
| Respondent. § | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, received on June 26, 2025 (Dkt. No. 1), will be **DISMISSED** without prejudice as moot by separate judgment.

A certificate of appealability (COA) is not required to appeal the denial of relief under 28 U.S.C. § 2241.  *See Padilla v. United States*, 416 F. 424, 425 (5th Cir. 2005).  If the petitioner files a notice of appeal, she must pay the $605.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**SO ORDERED** this 25th day of September, 2025.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE